UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN MICHAEL STEHLIK,

    Plaintiff,

v.	Case No. 5:16cv12/LC/CJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal prisoner proceeding *pro se*, initiated this case on January 14, 2016, by filing a complaint under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2). Because plaintiff's application to proceed *in forma pauperis* was incomplete (it did not include a signed prisoner consent form), the court entered an order on January 19, 2016 (doc. 4), directing plaintiff to either correct the deficiency or pay the $400.00 filing and administrative fee, within thirty days. Plaintiff was warned that failure to do so would result in dismissal of this case. After plaintiff failed to respond to the order, the court ordered plaintiff to show cause why this case should not be dismissed for failure to comply with an order of the court (doc. 5).

Case 5:16-cv-00012-LC-CJK   Document 8   Filed 04/29/16   Page 2 of 3

*Page 2 of 3*

In response, plaintiff filed a "Motion to Stay and Consolidate; and/or Alternatively Motion for Extention [sic] of Time to Show Cause" (doc. 6), asking that this case be consolidated with an earlier case he filed, *Stehlik v. Archer, et al.*, No. 5:15cv285/MP/GRJ.  Plaintiff asserted that the earlier-filed case raised *Bivens* claims against the individual prison officials who provided the medical care now forming the basis of his FTCA claim against the United States.  The court declined to consolidate plaintiff's cases, explaining that regardless of whether plaintiff's FTCA claim in this case is sufficiently related to the claim(s) in Case No. 5:15cv285/MP/GRJ, consolidation of this case with Case No. 5:15cv285/MP/GRJ may subject plaintiff's present FTCA claim to dismissal for failure to exhaust administrative remedies because the attachments to plaintiff's complaint establish that plaintiff's administrative tort claim against the United States was denied on December 22, 2015, (doc. 1, App. 1), which is *after* plaintiff initiated Case No. 5:15cv285 in November of 2015.  Having denied plaintiff's request for consolidation, the undersigned warned plaintiff that this case would be dismissed, without further notice to him, unless he submitted payment in the amount of $400.00 or filed a signed prisoner consent form within fourteen (14) days.  Over fourteen days have passed, and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 29th day of April, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.